UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**REGIONS BANK,**

      Plaintiff,

v.     Case No:  6:13-cv-868-Orl-36GJK

**METROWEST PROPERTIES, LLC,**
**SURYAKANT VYAS and ZABUNNISSA**
**VYAS,**

      **Defendants.**
_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly on April 7, 2014 (Doc. 55). In the Report and Recommendation, Magistrate Judge Kelly recommends that the Court grant in part and deny in part Plaintiff's Motion to Strike Obligor's Affirmative Defenses. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 55) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    Plaintiff's Motion to Strike Obligors' Affirmative Defenses and Incorporated Memorandum of Law (Doc. 43) is **GRANTED in part and DENIED in part** as

follows: Defendants' Affirmative Defenses Nos. 1-4 are **stricken** with leave to amend. In all other respects the Motion is **denied.**

(3)  Defendants shall have **fourteen (14) days** from the date of this Order to file an Amended Answer and Affirmative Defenses, which cures the deficiencies addressed in the Magistrate Judge's Report and Recommendation.

**DONE AND ORDERED** at Orlando, Florida on April 25, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Gregory J. Kelly
Counsel of Record